1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN JOSE DIVISION        *E-FILED - 7/3/07*

12  JIN YI and YUE ZHAO,                )
                                         )  No. C 07-0500 RMW
13              Plaintiffs,              )
                                         )
14         v.                            )
                                         )  **STIPULATION TO DISMISS; AND**
15  MICHAEL CHERTOFF, Secretary of the   )  **[] ORDER**
    Department of Homeland Security;     )
16  EMILIO T. GONZALEZ, Director, U.S.   )
    Citizenship and Immigration Services;)
17  PAUL NOVAK, Director,                )
    Vermont Service Center, USCIS;       )
18  ROBERT S. MUELLER, Director of       )
    Federal Bureau of Investigation;     )
19                                       )
                Defendants.              )
20  _____ )

21      Plaintiff, appearing *pro se*, and Defendants, by and through their attorney of record, hereby

22  stipulate, subject to the approval of the Court, to dismissal of the action because Plaintiff no

23  longer wishes to pursue the Complaint.  The parties also ask the Court to vacate the July 6, 2007

24  hearing on Defendants' motion to dismiss.

25      Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

Date: June 28, 2007                                    Respectfully submitted,

                                                       SCOTT N. SCHOOLS
                                                       United States Attorney


                                                       _____/s/_____
                                                       ILA C. DEISS
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants

Dated: June 28, 2007                                   _____/s/_____
                                                       JIN YI
                                                       *Pro Se*


                              **ORDER**

        Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7/3/07                                          *Ronald M. Whyte*
                                                       _____
                                                       RONALD M. WHYTE
                                                       United States District Judge